■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERT BOGHDADI, Appellant. [899 NYS2d 645]—Appeal by the defendant from an amended judgment of the Supreme Court, Kings County (Holdman, J.), rendered April 16, 2007, revoking a sentence of probation previously imposed by the same court, upon a finding that he had violated a condition thereof, upon his admission, and imposing a sentence of imprisonment upon his previous conviction of criminal possession of a weapon in the third degree.

Ordered that the amended judgment is affirmed.

As the People correctly concede, the defendant's waiver of the right to appeal was not valid (*see People v Murray*, 68 AD3d 896 [2009]; *People v Cruz*, 54 AD3d 962, 963 [2008]; *People v Hurd*, 44 AD3d 791, 792 [2007]) and does not foreclose his current claim.

Nevertheless, despite being informed of the sentence that he was to receive, the defendant admitted to violating a condition of his probation and, therefore, has no basis to complain of the sentence imposed (*see People v Delpesce*, 68 AD3d 1131 [2009]; *People v Grzywaczewski*, 61 AD3d 699, 700 [2009]; *People v Trias*, 50 AD3d 828, 828-829 [2008]; *People v Kazepis*, 101 AD2d 816 [1984]). In any event, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Prudenti, P.J., Fisher, Covello, Leventhal and Austin, JJ., concur.